IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY W. STEELE,<br>ID # 4227-15,<br>    Plaintiff,<br>vs.<br><br>PATRICK WILSON,<br>    Defendant. | )<br>)<br>)<br>)  No. 3:16-CV-1262-M-BH<br>)<br>)<br>)  Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, by separate judgment, this action will be **DISMISSED** with prejudice.

SIGNED this 25 day of July, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE